**No. 11-6926. Kevin McDonald, Petitioner v. United States.**

565 U.S. 1152 132 S. Ct. 1085, 181 L. Ed. 2d 804, 2012 U.S. LEXIS 423.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1045, 132 S. Ct. 600, 181 L. Ed. 2d 440, 2011 U.S. LEXIS 8212.

**No. 11-6338. Oratin Pertil, Petitioner v. United States.**

565 U.S. 1152, 132 S. Ct. 1085, 181 L. Ed. 2d 804, 2012 U.S. LEXIS 508.

January 9, 2012. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 565 U.S. 960, 132 S. Ct. 443, 181 L. Ed. 2d 289, 2011 U.S. LEXIS 7239.

**No. 11-5891. Sidney R. Miller, Petitioner v. In the Matter of the Application of the County Treasurer for Judgment and Order of Sale Against Lands and Lots Returned Delinquent for Non-Payment of General Taxes and/or Special Assessment.**

565 U.S. 1152, 132 S. Ct. 1086, 181 L. Ed. 2d 804, 2012 U.S. LEXIS 458.

January 9, 2012. Motion for leave to file a petition for rehearing denied.

Former decision, 565 U.S. 966, 132 S. Ct. 459, 181 L. Ed. 2d 299, 2011 U.S. LEXIS 7458.

**No. D-2617. In the Matter of Discipline of Joseph John Hanna, Jr.**

565 U.S. 1107, 132 S. Ct. 1086, 181 L. Ed. 2d 804, 2012 U.S. LEXIS 558.

January 9, 2012. Joseph John Hanna, Jr., of Portland, Oregon, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. D-2618. In the Matter of Discipline of John Joseph Zodrow.**

565 U.S. 1107, 132 S. Ct. 1086, 181 L. Ed. 2d 804, 2012 U.S. LEXIS 561.

January 9, 2012. John Joseph Zodrow, of Denver, Colorado, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. D-2619. In the Matter of Discipline of David E. Fox.**

565 U.S. 1107, 132 S. Ct. 1086, 181 L. Ed. 2d 804, 2012 U.S. LEXIS 433.

January 9, 2012. David E. Fox, of Washington, District of Columbia, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.